IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00420-BNB

DANIEL ANTHONY WEYMOUTH, A/K/A HILAL TALIBUJIHAD AL-AMREEKI,
D/B/A NUTZO,

    Plaintiff,

v.

NEW ORLEANS SAINTS,
DREW BREES,
KENDRA WILKINSON,
HOLLY MADISON,
LAUREN CONRAD,
KIM KARDASHIAN,
KOURTNEY KARDASHIAN,
KHLOE KARDASHIAN,
BRIDGET NIELSON,
CHLOE SEVIGNY,
ELLEN POMPEO,
BRITT IRVIN,
AMANDA SEYFRIED, and
SARAH SILVERMAN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2010

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, Daniel Anthony Weymouth, is in the custody of the Federal Bureau of Prisons and is currently incarcerated at the Federal Medical Center in Lexington, Kentucky. He initiated this action by filing a Motion for Preliminary Injunction on February 19, 2010. In an order filed on February 25, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Weymouth to cure certain deficiencies if he wished to pursue his claims. Specifically,

Magistrate Judge Boland ordered Mr. Weymouth to file a prisoner complaint on the court-approved form, and either pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Weymouth was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Weymouth has not communicated with the Court since February 19, 2010. Mr. Weymouth has not filed a prisoner complaint on the court-approved form and has failed either to pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, Mr. Weymouth has failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 28th day of April, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00420-BNB

Daniel Anthony Weymouth
a/k/a Hilal Talibujihad Al-Amreeki
Reg No. 55153-083
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/29/10

GREGORY C. LANGHAM, CLERK

By _____
       Deputy Clerk